MINUTE ENTRY
VITTER, J.
JUNE 14, 2024
JS10, 1:15

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TIMOTHY SHANNON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-1222** |
| **RODI MARINE, LLC, ET AL.** | **SECTION: D (5)** |

### TELEPHONE STATUS CONFERENCE REPORT AND ORDER

On June 14, 2024, at the Court's request, the Court held a follow-up Telephone Status Conference in this matter.

**PRESENT:**

**Brian P. Marcelle, Paul M. Anderson, Jacques C. Mestayer**
Counsel for Plaintiff, Timothy Shannon

**Harry E. Morse**
Counsel for Defendant, Rodi Marine LLC

**Jedd S. Malish, George B. Jurgens, III**
Counsel for Defendant, Talos Oil & Gas, LLC

During the conference, the Court discussed with counsel Plaintiff's Motion to Limit Dr. Chad Domangue's Testimony (R. Doc. 153), and Defendants' Joint Memorandum in Opposition to Plaintiff's Motion to Limit Dr. Chad Domangue's Testimony (R. Doc. 164). After hearing from counsel for each party, and affording counsel an opportunity to address the arguments made in their own pleading and in their opponent's pleading, the Court issued an **oral Order GRANTING as modified** the Motion. In doing so, the Court specified that Dr. Chad Domangue's

testimony at trial will be limited to his opinion as to the necessity of Plaintiff's January 2024 surgeries and his opinion as to the necessity of Plaintiff's future pain management treatment.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Limit Dr. Chad Domangue's Testimony (R. Doc. 153) is **GRANTED as modified.** Dr. Chad Domangue's trial testimony shall be limited to his opinion regarding the necessity of Timothy Shannon's January 2024 surgeries and his opinion regarding the necessity of Timothy Shannon's future pain management treatment.

New Orleans, Louisiana, June 14, 2024.

*[signature]*

**WENDY B. VITTER**
**United States District Judge**