# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TIMOTHY SHANNON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-1222** |
| **RODI MARINE, LLC, ET AL.** | **SECTION: D (5)** |

## ORDER OF REFERRAL

In accordance with Rule 73 of the Local Rules of this Court, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Enforce Settlement (R. Doc. 173) is **REFERRED** to the assigned United States Magistrate Judge for the Eastern District of Louisiana for hearing and determination, including evidentiary hearing, if necessary, and submission of Findings and Recommendations pursuant to 28 U.S.C. 636(b)(1)(B).

New Orleans, Louisiana, July 31, 2025.

**WENDY B. VITTER**
**United States District Judge**