# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TIMOTHY SHANNON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-1222** |
| **RODI MARINE, LLC, ET AL.** | **SECTION: D (5)** |

## ORDER

The Court, having considered the Motion to Enforce Settlement (R. Doc. 173), the record, the applicable law, the Magistrate Judge's Report and Recommendation (R. Doc. 177), the failure of either party to file any objections to the Magistrate Judge's Report and Recommendation, and having determined that the Report and Recommendation is not clearly erroneous or contrary to the law, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Enforce Settlement (R. Doc. 173) is **GRANTED IN PART** and **DENIED IN PART** as stated in the Magistrate Judge's Report and Recommendation.

**IT IS FURTHER ORDERED** that the version of the settlement release last sent by Plaintiff's counsel to Defense counsel is the version that will be signed by all parties to consummate the settlement.

**IT IS FURTHER ORDERED** that Defendants transmit the settlement funds to Plaintiff's counsel to be held in trust until Plaintiff signs the release document that his counsel submitted to Defense counsel as having been approved by them.

New Orleans, Louisiana, November 3, 2025.

*Wendy B Vitter*
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**